Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
Brennen D Marshall, Esq. (SBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jschuttert@efsmmlaw.com
dgutke@efsmmlaw.com
bmarshall@efsmmlaw.com

Nicolas O. von der Lancken, Esq. (SBN 17317)
**DYKEMA GOSSETT LLP**
444. S. Flower St., Suite 2200
Los Angeles, CA 90071
Telephone: (213) 457-1800
nvonderlancken@dykema.com

*(Additional attorneys listed on signature page)*
*Attorneys for Defendant Kia America, Inc.*

**DYKEMA GOSSETT LLP**
**444 SOUTH FLOWER STREET**
**SUITE 2200**
**LOS ANGELES, CALIFORNIA 90071**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN BEATTY-LOPEZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>KIA AMERICA, INC., a foreign corporation; JIM MARSH AMERICAN CORPORATION dba JIM MARSH KIA, a domestic corporation; HYUNDAI TRANSYS GEORGIA SEATING SYSTEM, LLC; a foreign limited liability company; DAS NORTH AMERICA, INC. a foreign corporation; SASHA COMANECI MILLER, an individual; DOES 1 through 30, inclusive; and ROE BUSINESS ENTITIES 1 through 30, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-02517-GMN-BNW**<br><br>**STIPULATION TO REMAND REMOVED ACTION** |

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

Erin Beatty-Lopez ("Plaintiff") and Kia America, Inc. ("Defendant") (collectively referred to as the "Parties") hereby stipulate as follows:

1. On December 11, 2025, Plaintiff commenced an action in the District Court for Clark County, Nevada, entitled *Erin Beatty-Lopez v. Kia America, Inc., et al.*, Case No. A-25-934902-C (the "Action").

2. Before any named defendant was served with a copy of the summons and complaint, on December 17, 2025, Defendant filed a notice of removal of the Action pursuant to U.S.C. §1441(b) with the United States District Court for the District of Nevada.

3. On January 16, 2026, Plaintiff filed a Motion to Remand the Action.

4. Following the filing of the Motion to Remand, the Parties, through their counsel of record, engaged in a telephonic meet and confer discussing the merits of Plaintiff's Motion to Remand. As a result of the meet and confer, the Parties agree that the Action should be remanded as the Federal District Court lacks subject matter jurisdiction over this matter.

5. To that end, the Parties hereby stipulate that the Action be Remanded to the District Court for Clark County, Nevada.

6. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

Dated: January 30, 2026                **CARTER CULLEN**

*/s/ Paul R.M. Cullen*
PAUL R.M. CULLEN, ESQ.
Nevada Bar No. 12355
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
7408 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

Dated: January 30, 2026                **DYKEMA GOSSETT LLP**

*/s/ Nicholas von der Lancken*
Nicholas von der Lancken (SBN 17317)
DYKEMA GOSSETT LLP
444. S. Flower St., Suite 2200
Los Angeles, CA 90071

Michael P. Cooney (*Pro Hac Vice*)
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243

Jay J. Schuttert, Esq. (SBN 8656)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
*Attorneys for Defendant Kia America, Inc.*

## ORDER

Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' stipulation is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is hereby remanded to the Eighth Judicial District Court for Clark County, Nevada, for all further proceedings.

Dated this __30 day of January, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT